JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW LINDERMAN, | Case No. CV 15-02675-JVS (KK) |
| Petitioner, | **JUDGMENT** |
| v. | |
| HEIDI M. LACKNER, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: August 25, 2015

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE